SLR PARTNERS, LLC and Rozi Medical Devices Limited, Plaintiffs–Appellants

v.

B. BRAUN MEDICAL INC., Defendant–Appellee.

No. 2010–1188.

United States Court of Appeals, Federal Circuit.

Oct. 12, 2010.

---

Jonathan Hangartner, X–Patents, APC, of La Jolla, CA, argued for plaintiffs-appellants.

John C. O'Quinn, Kirkland & Ellis LLP of Washington, DC, argued for defendant-appellee. With him on the brief were Daniel F. Attridge, Edward C. Donovan and Nathan S. Mammen.

Before GAJARSA, LINN, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**